IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

10-cv-520-wmc

DYLAN RADTKE, GREGORY GRAMS,
JANEL NICKEL, RICK RAEMISCH,
TIM DOUMA, ANTHONY ASHWORTH,
DAVID LIPINSKI, JOANNE LANE,
MARY LIESER, LT. SCHOENBERG,
LT. KELLER, DALIA SULIENE,
STEVE HELGERSON, LORI ALSUM,
DARCI BURRESON, SGT. BASS and C.O.
SHIMPACH,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Gregory Grams, Janel Nickel, Rick Raemisch, Tim Douma, Anthony Ashworth, Lt. Schoenberg, Lt. Keller, Dalia Suliene, Darci Helgerson, Lori Alsum, Darci Burreson, Sgt. Bass and C.O. Shimpach; and

(2) granting Joanne Lane, Mary Leiser, David Lipinski, Dylan Radtke's motion for summary judgment and dismissing this case without prejudice.

| /s/ | 12/17/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |